**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:23-CV-81141-MIDDLEBROOKS

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

PREIPO CORP., JOHN A. MATTERA and
DAVID P. GRZAN,

        Defendants, and

BOSS GLOBAL ADVISORY GROUP, INC.,

        Relief Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE comes before the Court upon the entry of final judgment in favor of Plaintiff and against the three Defendants. (DE 93; DE 94; DE 95). Accordingly, it is **ORDERED AND ADJUDGED**:

(1) The Clerk of Court **SHALL ADMINISTRATIVELY CLOSE** this case.

(2) The Parties **SHALL FILE** a Status Report every ninety (90) days until all remaining issues in this matter are resolved. The first such Report shall be due on **May 27, 2024.**

(3) Should the parties reach a settlement on any of the remaining issues, they shall immediately notify the Court.

(4) Pursuant to the Parties' request, this Court retains jurisdiction to enforce the Settlement Agreements. Jurisdiction will be retained for a period of six (6) months. This period may be extended upon a timely filed motion of the Parties.

**SIGNED** in Chambers at West Palm Beach, Florida, this 28 day of February, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record