UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-cv-81141-DMM

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

PREIPO CORP., JOHN A. MATTERA and
DAVID P. GRZAN,

      Defendants, and

BOSS GLOBAL ADVISORY GROUP, INC.,

      Relief Defendant.

## PARTIES' JOINT STATUS REPORT

Plaintiff Securities and Exchange Commission ("Commission") and Defendants PreIPO Corp. ("PreIPO"), John Mattera, and David P. Grzan, and Relief Defendant Boss Global Advisory Services, Inc. ("Boss Global") (collectively, the "Parties") pursuant to the Court's Order on Joint Motion for Continued Reservation of Jurisdiction (DE 102), hereby provide the Court with the following status report:

1.    Defendant Mattera remains under criminal indictment in the Southern District of New York, Case No. 24-cr-00117-LAP.  He has pled not guilty.

2.    On February 20, 2025, he was appointed new CJA counsel.

3.    Time under the Speedy Trial Act has been excluded until July 7, 2025.

## Local Rule 7.1(a)(2) Certification

Counsel for the Parties have conferred on this this status report and it is agreed.

Dated: May 23, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ *Russell Koonin* | /s/ *Fred A. Schwartz* |
| Russell Koonin | Fred A. Schwartz, Esq. |
| Senior Trial Counsel | SHAHADY & WURTENBERGER, P.A. |
| Fla. Bar No. 474479 | Florida Bar No. 360538 |
| Direct Dial: (305) 982-6390 | 200 East Palmetto Park Road , Suite 103 |
| E-mail: kooninr@sec.gov | Boca Raton, FL 33432 |
| | Tel: (561) 910-3064 |
| | fschwartz@swlawyers.law |
| Brian Lechich | |
| Trial Counsel | John J. Shahady, Esq. |
| Fla. Bar No. 84419 | SHAHADY & WURTENBERGER, P.A. |
| Direct Dial: (305) 416-6257 | Fla Bar. No. 998990 |
| E-mail: lechichb@sec.gov | 7900 Peters Road, Suite B-200 |
| | Ft. Lauderdale, FL 33324 |
| **Securities and Exchange Commission** | (954) 376-5958 Telephone |
| 801 Brickell Avenue, Suite 1950 | (954) 206-0188 Facsimile |
| Miami, Florida 33131 | JShahady@swlawyers.law |
| Telephone: (305) 982-6300 | |
| *Counsel for Plaintiff* | *Counsel for Defendants and Relief Defendant* |