UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-81141-MIDDLEBROOKS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

    v.

PREIPO CORP., JOHN A.
MATTERA and DAVID P. GRZAN;

    Defendants, and

BOSS GLOBAL ADVISORY
GROUP, INC.,

    Relief Defendants.
_____/

**SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION FOR AN ORDER DIRECTING THE TURNOVER OF FROZEN OF FROZEN ASSETS AND TERMINATING ASSET FREEZE AS TO DEFENDANT GRZAN**

    Plaintiff/Judgment Creditor, Securities and Exchange Commission ("Commission"), with the consent of Defendant David P. Grzan (the "Parties), moves this Court for an Order directing the turnover of 75% of the frozen funds held by Melanie L. Cyganowski, Esq., in her capacity as Receiver of StraightPath Venture Partners LLC and affiliates (the "Receiver") to the Commission with the remaining 25% sent to Defendant David P. Grzan (the "Motion"). This agreed upon Motion also seeks terminate the asset freeze against Grzan only.[1]  A copy of the parties' stipulation, which details the procedural history and the parties' joint consented to

---

[1] Mr. Grzan's co-defendant, John Mattera, is currently scheduled to go to trial in the parallel criminal matter on October 14, 2025.

request, as well as a proposed order are attached.  The parties respectfully request that the Court grant the Motion consistent with the attached proposed Order.

### Local Rule 7.1(a)(2) Certificate of Conferral

I, Michael Roessner, hereby certify that on August 11, 2025, I spoke with Fred Arthur Schwartz counsel for David P. Grzan and he advised that he consented to the relief sought herein.

Date: August 15, 2025

            By:  s/MICHAEL J. ROESSNER

                Acting Supervisory Trial Counsel
                Division of Enforcement
                United States Securities Commission
                100 F Street, N.E., Mail Stop 5631
                Washington, D.C. 20549-0022
                (202) 551-4347 (Phone)
                (703) 813-9366 (Fax)